An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MAURICE KING,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62290

**FILED**

JUL 2 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a jury verdict, of pandering of a child, pandering: furnishing transportation to a minor, and child abuse and neglect. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

Appellant Maurice King contends that the district court erred by denying his motion for acquittal made at the close of the State's case. The district court properly construed King's request as a motion for an instruction advising the jury to acquit. *See* NRS 175.381(1)-(2); *State v. Combs*, 116 Nev. 1178, 1180, 14 P.3d 520, 521 (2000). Sufficient evidence supports King's convictions, *see* NRS 200.508(1), (4)(a); 1997 Nev. Stat., ch. 137, § 2, at 295-96; 1997 Nev. Stat., ch. 137, § 4, at 297; *see also* NRS 432B.110(1), and he fails to demonstrate that the district court abused its discretion, *Milton v. State*, 111 Nev. 1487, 1493, 908 P.2d 684, 688 (1995)

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21473

(the decision to issue an advisory instruction lies within the district court's discretion). Accordingly, we

ORDER the judgment of conviction AFFIRMED.[1]

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

cc: Hon. David B. Barker, District Judge
The Law Office of Dan M. Winder, P.C.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]Although we filed the fast track statement and appendix submitted by King, they fail to comply with the Nevada Rules of Appellate Procedure. The footnotes in the fast track statement are not in the same size and typeface as the brief and the fact section refers to matters in the record without specific citation to the appendix. Further, the appendix does not contain a single alphabetical index for all documents and the included transcripts are not in chronological order. *See* NRAP 3C(e)(1)(C), (e)(2)(C); NRAP 30(c)(1)-(2); NRAP 32(a)(5). We caution King's counsel that future failure to comply with the rules of this court may result in the imposition of sanctions. NRAP 3C(n).